UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

THOMAS SHER

Hon. Robert B. Kugler

No. 19-cr-00191 (RBK)

**STIPULATED ORDER OF TEMPORARY RELEASE OF PROPERTY FROM BOND**

This matter, having come before the Court on request of the defendant Thomas Sher (Case No. 19-cr-00191 (RBK), Joseph P. Grimes, Esquire, for a Stipulated Order releasing 224 Roosevelt Avenue, Northfield, New Jersey (the "Property") from the unsecured bond in this matter filed March 15, 2019;

AND, the Court being advised that the defendant's desire is to refinance the property to obtain a more favorable interest rate on the mortgage of the home defendant owns with his wife, Megan-Pancoast Sher;

AND, that Thomas Sher will remain in title with his wife on the property after the refinance;

AND, the Court being advised that the Government (Assistant U.S. Attorney R. David Walk, Jr., Esq., appearing) does not object to the temporary release of the Property from the unsecured bond to permit defendant to effectuate the refinance to permit the replacement lender to obtain a first mortgage lien position on the property;

AND, the Court being advised that the refinance cannot occur without the temporary release of the Property from the bond which release will expire upon recording of the replacement lender's first mortgage with the Clerk of Atlantic County, New Jersey;

AND, this temporary release is conditioned on Thomas Sher and Megan-Pancoast Sher remaining vested in title and that no sale or transfer of title can occur during the duration of the temporary release

AND, for good cause shown;

IT IS on this 3d day of September, 2021, ORDERED that 224 Roosevelt Avenue, Northfield, New Jersey be, and hereby is, temporarily released from the unsecured bond filed in this matter with respect to Thomas Sher;

IT IS FURTHER ORDERED that the temporary release shall expire upon recording of the replacement lender's first mortgage with the Clerk of Atlantic County, New Jersey.

BY THE COURT:

_____
HON. ROBERT B. KUGLER
U.S. District Judge

Consented as to form and entry:

For the Government:

*/s/ R. David Walk, Jr.*

_____
R. DAVID WALK, JR., ESQ. Assistant
U.S. Attorney District of New Jersey

For Defendant Thomas Sher:

*/S/ Joseph P. Grimes*

_____
Joseph P. Grimes, Esquire
Attorney for Defendant, Thomas Sher