UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

August 3, 2022
DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:   ANN MARIE MITCHELL

Docket #   CR. 19-191-6 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
      v.

THOMAS SHER
      DEFENDANT PRESENT

APPEARANCES:
Christina Hud, AUSA, and Desiree Grace, AUSA, for Govt.
Joseph Grimes, Esq., for Deft.

NATURE OF PROCEEDINGS:   HEARING ON [199] MOTION IN LIMINE

Hearing on [199] Motion in Limine conducted on the record.
Order to issue.

Time commenced: 9:25a.m.    Time Adjourned:   9:50a.m.    Total Time: 0:25

      s/Lawrence MacStravic
      DEPUTY CLERK