IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS SHER,<br><br>Defendant. | Crim. No. 19-191-6 (RBK)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

Presently before the Court is Motions *in Limine* and For Reciprocal Discovery by the United States of America (Doc. No. 199); for the reasons set forth on the record on August 3, 2022;

**IT IS HEREBY ORDERED** the Motions (Doc. No. 199) are **GRANTED**.

Dated: 08/03/2022

ROBERT B. KUGLER
United States District Judge