# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

August 18, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Other(s)**_____

**Docket #** CR 1:19-00191-006 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
THOMAS SHER
        DEFENDANT PRESENT

**APPEARANCE:**
Christina Hud, AUSA, and Desiree Grace, AUSA, for USA
Joseph Grimes, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   HEARING ON ORAL IN LIMINE MOTION

Hearing on Defendant's oral motion in limine to bar testimony held on the record via teleconference.
Ordered motion denied.
Order to issue.

Time commenced:   11:10AM      Time Adjourned: 11:25AM        Total Time: 0:15

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**