IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS SHER, <br><br> Defendant. | Crim. No. 19-191-6 (RBK) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

Presently before the Court is Defendant Thomas Sher's Motion to Bar Dr. Gary Raab from Testifying; for the reasons set forth on the record at the telephonic hearing on August 18, 2022;

**IT IS HEREBY ORDERED** the Motion is **DENIED**.

Dated: 08/18/2022

ROBERT B. KUGLER
United States District Judge