**CASTELLANI LAW FIRM, LLC**
David R. Castellani, Esquire - ID #: 023691991
450 Tilton Road, Suite 245
Northfield, New Jersey 08225
(609) 641-2288
Attorneys for Witness, Megan Sher

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>THOMAS SHER; et. Al. | Criminal No: 19-cr-0191-RBK<br><br>**NOTICE OF MOTION TO QUASH SUBPOENA AD TESTIFICANDUM** |

TO:  Christine Hud, Assistant United States Attorney
United States Attorney's Office, District of New Jersey
Camden Federal Building and U.S. Courthouse
P.O. Box 2098
401 Market Street, 4th Floor
Camden, NJ  08101

PLEASE TAKE NOTICE that the undersigned attorney for the witness Megan Sher shall move before the Honorable Robert B. Kugler, in the United States District Court – District of New Jersey at Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ  08101  the week of August 29, 2022, at 9:00 a.m. or as soon thereafter as counsel may be heard for an Order quashing Department of Justice Subpoena ad Testificandum as outlined in the attached Letter Brief and Certification of David R. Castellani, Esquire in support of this Motion. The undersigned requests oral argument.

A proposed form of Order is annexed.

Date: 8/26/2022

CASTELLANI LAW FIRM, LLC

By: _____
David R. Castellani, Esquire
Attorney for Witness, Megan Sher

1