Exhibit A

# David Castellani

**From:** Grace, Desiree (USANJ) <Desiree.Grace@usdoj.gov>
**Sent:** Tuesday, August 23, 2022 8:37 AM
**To:** David Castellani
**Subject:** RE: Meghan Sher Subpoena

Hi David,
As Christina already indicated, we intend to elicit information about her obtaining and receiving compound prescription medications.
Thanks,
Desi

Desiree L. Grace
Deputy Chief, Criminal Division
U.S. Attorney's Office – District of New Jersey
970 Broad Street, 4th Floor
Newark, NJ 07102
Tel: 973-645-2708
Cell: 862-754-2113
Email: desiree.grace@usdoj.gov

**From:** David Castellani <david@castellanilaw.com>
**Sent:** Monday, August 22, 2022 6:06 PM
**To:** Grace, Desiree (USANJ) <DGrace@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Meghan Sher Subpoena

Grace before I file the motion, can you provide me with a proffer for her testimony. David.

**From:** Grace, Desiree (USANJ) <Desiree.Grace@usdoj.gov>
**Sent:** Monday, August 22, 2022 11:34 AM
**To:** David Castellani <david@castellanilaw.com>
**Cc:** Mary Surkin <MSurkin@castellanilaw.com>
**Subject:** RE: Meghan Sher Subpoena

Understood. We don't anticipate calling her this week, so that's not an issue on our end.

Desiree L. Grace
Deputy Chief, Criminal Division
U.S. Attorney's Office – District of New Jersey
970 Broad Street, 4th Floor
Newark, NJ 07102
Tel: 973-645-2708
Cell: 862-754-2113
Email: desiree.grace@usdoj.gov

**From:** David Castellani <david@castellanilaw.com>
**Sent:** Monday, August 22, 2022 11:32 AM
**To:** Grace, Desiree (USANJ) <DGrace@usa.doj.gov>