UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-191-6 (RBK) |
| v. | |
| THOMAS SHER | EXHIBITS CERTIFICATION |

Counsel for the Government and counsel for defendant Thomas Sher have reviewed the exhibits and agree that all exhibits on the attached exhibit list have been admitted into evidence and are in the Court's possession, and all exhibits on the attached exhibit list therefore should be provided to the jury for deliberations.

_____
CHRISTINA O. HUD
DESIREE L. GRACE
Assistant U.S. Attorneys

_____
JOSEPH P. GRIMES, Esquire
Counsel for Thomas Sher