UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Honorable Robert B. Kugler |
| :--- | :--- | :--- |
|  | : |  |
| v. | : | Crim. No. 19-191-6 |
|  | : |  |
| THOMAS SHER | : | FINAL EXHIBIT LIST |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| **CENTRAL REXALL DRUGS, INC. PRESCRIPTIONS** ||||||
| 20A | Prescription for Thomas Kresz, Sr. dated 5/22/2015 [CR0000639/A-0430279] | 8/24/22 | | ✓ |
| 20B | Prescription for Thomas Kresz, Sr. dated 8/17/2015 [CR0001693/A-0431333] | 8/24/22 | | ✓ |
| 20C | Prescription for Thomas Kresz, Sr. dated 1/7/2016 [CR0002964/A-0432604] | 8/24/22 | | ✓ |
| 21A | Presecription for Diane Kresz dated 5/28/2015 [CR0000644/A-0430284] | 8/24/22 | | ✓ |
| 21B | Prescription for Diane Kresz dated 6/25/2015 [CR0000914/A-0430554] | 8/24/22 | | ✓ |
| 21C | Prescription for Diane Kresz dated 1/7/2016 [CR0002965/A-0432605] | 8/24/22 | | ✓ |
| 28A | Prescription for John Sher dated 2/18/2015 [CR0000041/A-0429681] | 8/24/22 | | ✓ |
| 28B | Prescription for John Sher dated 4/9/2015 [CR0000297/A-0429937] | 8/24/22 | | ✓ |
| 28C | Prescription for John Sher dated 6/29/2015 [CR0000950/A-0430590] | 8/24/22 | | ✓ |
| 28D | Prescription for John Sher dated 12/22/2015 [CR0002858/A-0432498] | 8/24/22 | | ✓ |
| 29A | Prescription for Kayle Sher dated 2/18/2015 [CR0000043/A-0429683] | 8/24/22 | | ✓ |
| 29B | Prescription for Kayle Sher dated 4/15/2015 [CR0000316/A-0429956] | 8/24/22 | | ✓ |
| 29C | Prescription for Kayle Sher dated 6/29/2015 [CR0000956/A-0430596] | 8/24/22 | | ✓ |
| 29D | Prescripton for Kayle Sher dated 12/22/2015 [CR0002893/A-0432533] | 8/24/22 | | ✓ |
| 30A | Prescription for Daniel Adams dated 5/22/2015 [CR0000587/A-0430227] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 30B | Prescription for Daniel Adams dated 6/30/2015 [CR0001061/A-0430701] | 8/24/22 | | ✓ |
| 31A | Prescription for Katie Adams dated 5/29/2015 [CR0000691/A-0430331] | 8/24/22 | | ✓ |
| 31B | Prescription for Katie Adams dated 6/30/2015 [CR0001059/A-0430699] | 8/24/22 | | ✓ |
| 32A | Prescription for Susanne Adams dated 6/5/2015 [CR0000752/A-0430392] | 8/24/22 | | ✓ |
| 32B | Prescription for Susanne Adams dated 6/30/2015 [CR0001042/A-0430682] | 8/24/22 | | ✓ |
| 33A | Prescription for M.B. dated 7/21/2015 [CR0001343/A-0430983] | 8/24/22 | | ✓ |
| 33B | Prescription for M.B. dated 12/10/2015 [CR0002563/A-0432203] | 8/24/22 | | ✓ |
| 34A | Prescription for Christopher Bradley dated 4/9/2015 [CR0000293/A-0429933] | 8/24/22 | | ✓ |
| 34B | Prescription for Christopher Bradley dated 6/29/2015 [CR0000963/A-0430603] | 8/24/22 | | ✓ |
| 34C | Prescription for Christopher Bradley dated 12/18/2015 [CR0002773/A-0432413] | 8/24/22 | | ✓ |
| 35A | Prescription for Jill Bradley dated 4/9/2015 [CR0000294/A-0429934] | 8/24/22 | | ✓ |
| 35B | Prescription for Jill Bradley dated 6/29/2015 [CR0001052/A-0430692] | 8/24/22 | | ✓ |
| 35C | Prescription for Jill Bradley dated 12/18/2015 [CR0002768/A-0432408] | 8/24/22 | | ✓ |
| 36A | Prescription for Caroline Bradley dated 7/31/2015 [CR0001536/A-0431176] | 8/24/22 | | ✓ |
| 36B | Prescription for Caroline Bradley dated 12/10/2015 [CR0002556/A-0432196] | 8/24/22 | | ✓ |
| 37A | Prescription for Samantha Grasso dated 5/5/2015 [CR0000452/A-0430092] | 8/24/22 | | ✓ |
| 37B | Prescription for Samantha Grasso dated 6/30/2015 [CR0001032/A-0430672] | 8/24/22 | | ✓ |
| 38A | Prescription for Nicholas Grasso dated 5/5/2015 [CR0000453/A-0430093] | 8/24/22 | | ✓ |
| 38B | Prescription for Nicholas Grasso dated 6/30/2015 [CR0001073/A-0430713] | 8/24/22 | | ✓ |
| 39A | Prescription for Maureen Jackson dated 6/4/2015 [CR0000756/A-0430396] | 8/24/22 | | ✓ |
| 39B | Prescription for Maureen Jackson dated 11/30/2015 [CR0002464/A-0432104] | 8/24/22 | | ✓ |
| 40A | Prescription for Joseph Jackson dated 7/31/2015 [CR0001556/A-0431196] | 8/24/22 | | ✓ |

Case 1:19-cr-00191-RBK   Document 237-1   Filed 09/07/22   Page 3 of 17 PageID: 1821

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 40B | Prescription for Joseph Jackson dated 11/30/2015 [CR0002536/A-0432176] | 8/24/22 | | ✓ |
| 41A | Prescription for John Sheeran, III dated 7/30/2015 [CR0001483/A-0431123] | 8/24/22 | | ✓ |
| 42A | Prescription for Susan Sheeran dated 7/30/2015 [CR0001539/A-0431179] | 8/24/22 | | ✓ |
| 43A | Prescription for Maureen Pancoast-Gordon dated 7/30/2015 [CR0001499/A-0431139] | 8/24/22 | | ✓ |
| 44A | Prescription for Michael Gordon dated 7/31/2015 [CR0001529/A-0431169] | 8/24/22 | | ✓ |
| 45A | Prescription for Anna Gordon dated 7/31/2015 [CR0001531/A-0431171] | 8/24/22 | | ✓ |
| 46A | Prescription for Megan Pancoast-Sher dated 7/30/2015 [CR0001538/A-0431178] | 8/24/22 | | ✓ |
| 47A | Prescription for Edward Sutor dated 5/21/2015 [CR0000571/A-0430211] | 8/24/22 | | ✓ |
| 47B | Prescription for Edward Sutor dated 6/30/2015 [CR0001030/A-0430670] | 8/24/22 | | ✓ |
| 47C | Prescription for Edward Sutor dated 8/27/2015 [CR0001716/A-0431356] | 8/24/22 | | ✓ |
| 47D | Prescription for Edward Sutor dated 12/18/2015 [CR0002783/A-0432423] | 8/24/22 | | ✓ |
| 47E | Prescription for Edward Sutor dated 1/5/2016 [CR0002921/A-0432561] | 8/24/22 | | ✓ |
| 48A | Prescription for Thomas Sher dated 3/10/2015 [CR0000122/A-0429762] | 8/24/22 | | ✓ |
| 48B | Prescription for Thomas Sher dated 6/30/2015 [CR0001028/A-0430668] | 8/24/22 | | ✓ |
| 48C | Prescription for Thomas Sher dated 7/30/2015 [CR0001482/A-0431122] | 8/24/22 | | ✓ |
| 48D | Prescription for Thomas Sher dated 10/9/2015 [CR0002123/A-0431763] | 8/24/22 | | ✓ |
| 49A | Prescription for Michael Sher dated 2/13/2015 [CR0000028/A-0429668] | 8/24/22 | | ✓ |
| 49B | Prescription for Michael Sher dated 6/30/2015 [CR0001029/A-0430669] | 8/24/22 | | ✓ |
| 49C | Prescription for Michael Sher dated 9/18/2015 [CR0001893/A-0431533] | 8/24/22 | | ✓ |
| 49D | Prescription for Michael Sher dated 10/9/2015 [CR0002117/A-0431757] | 8/24/22 | | ✓ |
| 49E | Prescription for Michael Sher dated 12/10/2015 [CR0002552/A-0432192] | 8/24/22 | | ✓ |
| 49F | Prescription for Michael Sher dated 12/15/2015 [CR0002691/A-0432331] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 50A | Prescription for Bernadette Sher dated 2/20/2015 [CR0000049/A-0429689] | 8/24/22 | | ✓ |
| 50B | Prescription for Bernadette Sher dated 6/30/2015 [CR0001054/A-0430694] | 8/24/22 | | ✓ |
| 50C | Prescription for Bernadette Sher dated 12/10/2015 [CR0002558/A-0432198] | 8/24/22 | | ✓ |
| 50D | Prescription for Bernadette Sher dated 1/5/2016 [A-0021293] | 8/24/22 | | ✓ |
| 51A | Prescription for Michael Pepper dated 5/22/2015 [CR0000589/A-0430229] | 8/24/22 | | ✓ |
| **MBC DISTRIBUTIONS/DISTRIBUTORS LLC RECORDS** | | | | |
| 75A | 6/19/2015 email from Sara Hickman to Michael Sher re: Fwd: Proof [MBC-00242-3/A-0048317-8] | 8/24/22 | | ✓ |
| 75B | 6/27/2015 email from Sara Hickman to Michael Sher re: Fwd: Boardwalk Patients/Doctors [MBC-00233—8/A-0048308-13] | 8/24/22 | | ✓ |
| 75C | 8/25/2015 email from Michael Sher to Sara Hickman re: Comp Report [MBC-00249/A-0048324] | 8/24/22 | | ✓ |
| 75D | 10/31/2015 email from Michael Sher to Sara Hickman re: September comp [MBC-00250/A-0048325] | 8/24/22 | | ✓ |
| 75E | 1/5/2016 email from Sara Hickman to Michael Sher re: Fwd: New Metabolic Pad [MBC-00251-5/A-0048326-30] | 8/24/22 | | ✓ |
| 75F | MBC Distributions LLC 2015 Commission Reports [MBC-00310-1/A-0048385-86] | 8/24/22 | | ✓ |
| 75G | MBC Distributions images of checks made payable to Thomas Sher [MBC-00078 & 99/A-0048153 & 74] | 8/24/22 | | ✓ |
| 75H | MBC Distributions chart of Thomas Sher recruits [MBC-00308-9/A-0048383-4] | 8/24/22 | | ✓ |
| 75I | MBC Distributions image of check made payable to John Sher [MBC-00079/A-0048154] | 8/24/22 | | ✓ |
| 75J | MBC Distributions image of check made payable to Edward Sutor [MBC-00082/A-0048157] | 8/24/22 | | ✓ |
| 75K | MBC Distributions image of check made payable to Michael Pepper [MBC-00080/A-0048155] | 8/24/22 | | ✓ |

4

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| **LAKESIDE MEDICAL LLC RECORDS** | | | | |
| 77 | 12/7/2015 email from Danielle Marks forwarded by Chris Casseri to Matthew Tedesco re: FW: Need New RX Report [X-0006968-9/Matthew Tedesco-24-5] | 8/24/22 | | ✓ |
| 77A | Blank Compound Medication prescription form with ID No. 20-1 [X-0006972/Matthew Tedesco-28] | 8/24/22 | | ✓ |
| **MEDICAL CENTER OF MARGATE RECORDS** | | | | |
| 80 | Medical file of Daniel Adams | 8/24/22 | | ✓ |
| 81 | Medical file of Susanne Adams | 8/24/22 | | ✓ |
| 82 | Medical file of Christopher Bradley | 8/24/22 | | ✓ |
| 83 | Medical file of Jill Bradley | 8/24/22 | | ✓ |
| 84 | Medical file of Diane Kresz | 8/24/22 | | ✓ |
| 85 | Medical file of Thomas Kresz, Sr. | 8/24/22 | | ✓ |
| 86 | Medical file of Michael Sher | 8/24/22 | | ✓ |
| 87 | Medical file of Thomas Sher | 8/24/22 | | ✓ |
| 88 | Medical file of M.B. | 8/24/22 | | ✓ |
| 89 | 8/5/2022 letter response from counsel for Medical Center of Margate indicating no records found for list of patients | 9/6/22 | | ✓ |
| **EXPRESS SCRIPTS/MEDCO RECORDS** | | | | |
| 90 | Express Scripts Compound Medications Data for State of New Jersey Summary [2016R00427-0061977-80/A-0270772-5] | 8/24/22 | ✓ | |
| 90A | Express Scripts Compound Medications Data Summary Excel Reflecting Prescriptions Associated with Steven Monaco (Sanitized of Protected Identification Information) | 8/24/22 | | ✓ |
| **BOARDWALK MEDICAL LLC RECORDS** | | | | |
| 100 | 1/12/2015 email from Sara Hickman to Nancy Cook re: Fwd: QuickBase invite to the "Central Rexall Drugs" app [RD_BWLK_USAO_0008441-2/A-0537381-2] | 8/24/22 | | ✓ |
| 101 | 1/16/2015 email from Nancy Cook to Sara Hickman re: Fwd: Distributor Agreement [RD_BWLK_USAO_0001710-1/A-0530650-1] | 8/24/22 | | ✓ |
| 102 | 1/29/2015 email from Sara Hickman to Nancy Cook with cc: Matt Tedesco re: Fwd: Missing Payment [RD_BWLK_USAO_0008797/A-0537737] | 8/24/22 | | ✓ |
| 103 | 2/6/2015 email from Nancy Cook to Sara Hickman and saraboardwalk re: New GW Script PAD [RD_BWLK_USAO_0001954-5/A-0530894-5] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 103A | Attachment – Metabolic Pain Only [RD_BWLK_USAO_0001956-2000/A-0530896-940] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20 [RD_BWLK_USAO_0002001-4/A-0530941-4] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20-0 [RD_BWLK_USAO_0002005-8/A-0530945-8] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20-1 [RD_BWLK_USAO_0002009-12/A-0530949-52] | 8/24/22 | | ✓ |
| 104 | 2/7/2015 email from Sara Hickman to Matt Tedesco re: Fwd: New GW Script PAD [RD_BWLK_USAO_0008834-5/A-0537774-5] | 8/24/22 | | ✓ |
| 104A | Attachment – Metabolic Pain Only [RD_BWLK_USAO_0008836-80/A-0537776-820] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20 [RD_BWLK_USAO_0008881-4/A-0537821-4] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20-0 [RD_BWLK_USAO_0008885-8/A-0537825-8] | 8/24/22 | | ✓ |
| | Attachment – RxPad_GeneralWellness1.0_20-1 [RD_BWLK_USAO_0008889-92/A-0537829-32] | 8/24/22 | | ✓ |
| 106 | 3/10/2015 email from Sara Hickman to Nancy Cook re: T. Sher – john gaffney need rep id# [RD_BWLK_USAO_0009565/A-0538505] | 8/24/22 | | ✓ |
| 108 | 4/9/2015 email from Chris to Sara Hickman re: Please See The Attached [RD_BWLK_USAO_0012496/A-0541436] | 8/24/22 | | ✓ |
| 108A | Attachment – Contract Signature Page [RD_BWLK_USAO_0012497-8/A-0541437-8] | 8/24/22 | | ✓ |
| 109 | 4/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: March 2015 Commission report [RD_BWLK_USAO_0012500/A-0541440] | 8/24/22 | | ✓ |
| 109A | Attachment – Boardwalk Medical – March 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012501/A-0541441] | 8/24/22 | | ✓ |
| 109B | Redacted version of 109A converted to PDF | 8/24/22 | | ✓ |
| 112 | 5/15/2015 email from Khaled Farahat to Saraboardwalk@gmail.com re: April 2015 Commissions Report [RD_BWLK_USAO_0012518/A-0541458] | 8/24/22 | | ✓ |
| 112A | Attachment – Boardwalk Medical – April 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012519/A-0541459] | 8/24/22 | | ✓ |
| 112B | Redacted version of 112A converted to PDF | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 116 | 6/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: Commission Report May 2015 [RD_BWLK_USAO_0012588/A-0541528] | 8/24/22 | | ✓ |
| 116A | Attachment – Boardwalk Medical – May 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012589/A-0541529] | 8/24/22 | | ✓ |
| 116B | Redacted version of 116A converted to PDF | 8/24/22 | | ✓ |
| 117 | 6/18/2015 email from Nancy Cook to Sara Hickman re: Updated Central Rexall Drugs Prescription Pads [RD_BWLK_USAO_0003229-30/A-0532169-70] | 8/24/22 | | ✓ |
| 117A | Attachment – Derm [RD_BWLK_USAO_0003231-4/A-0532171-4] | 8/24/22 | | ✓ |
| | Attachment – General [RD_BWLK_USAO_0003235-8/A-0532175-8] | 8/24/22 | | ✓ |
| | Attachment – LoxaSperse [RD_BWLK_USAO_0003239-42/A-0532179-82] | 8/24/22 | | ✓ |
| | Attachment – Metabolic [RD_BWLK_USAO_0003243-6/A-0532183-6] | 8/24/22 | | ✓ |
| | Attachment – OB/GYN [RD_BWLK_USAO_0003247-50/A-0532187-90] | 8/24/22 | | ✓ |
| | Attachment – Specialty [RD_BWLK_USAO_0003251-4/A-0532191-4] | 8/24/22 | | ✓ |
| 117B | Blank Compound Rx (Derm) script [RD_BWLK_USAO_0003232/A-0532172] | 8/24/22 | | ✓ |
| 120 | 6/24/2015 email from Nancy Cook to Sara Hickman re: Final GW RX Pad [RD_BWLK_USAO_0003271/A-0532211] | 8/24/22 | | ✓ |
| 120A | Attachment – General Custom 5 [RD_BWLK_USAO_0003272-5/A-0532212-5] | 8/24/22 | | ✓ |
| 128 | 7/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: Commission report – June 2015 [RD_BWLK_USAO_0012655/A-0541595] | 8/24/22 | | ✓ |
| 128A | Attachment – Boardwalk Medical – June 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012656/A-0541596] | 8/24/22 | | ✓ |
| 128B | Redacted version of 128A converted to PDF | 8/24/22 | | ✓ |
| 130 | 8/14/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: Commission Reports – July 2015 [RD_BWLK_USAO_0012686/A-0541626] | 8/24/22 | | ✓ |
| 130A | Attachment – Boardwalk Medical – June 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012687/A-0541627] | 8/24/22 | | ✓ |

7

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 130B | Redacted version of 130A converted to PDF | 8/24/22 | | ✓ |
| 133 | 9/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: August 2015 Commission Reports [RD_BWLK_USAO_0012724/A-0541664] | 8/24/22 | | ✓ |
| 133A | Attachment – August 2015 Commission Reports Excel Spreadsheet [RD_BWLK_USAO_0012725/A-0541665] | 8/24/22 | | ✓ |
| 133B | Redacted version of 133A converted to PDF | 8/24/22 | | ✓ |
| 138 | 10/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: September 2015 Commission report [RD_BWLK_USAO_0012761/A-0541701] | 8/24/22 | | ✓ |
| 138A | Attachment – September 2015 Commission Report Excel Spreadsheet [RD_BWLK_USAO_0012762/A-0541702] | 8/24/22 | | ✓ |
| 138B | Redacted version of 138A converted to PDF | 8/24/22 | | ✓ |
| 140 | 11/16/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: Commission Report – October 2015 [RD_BWLK_USAO_0012777/A-0541717] | 8/24/22 | | ✓ |
| 140A | Attachment – Commission Report - October 2015 Excel Spreadsheet [RD_BWLK_USAO_0012778/A-0541718] | 8/24/22 | | ✓ |
| 140B | Redacted version of 140A converted to PDF | 8/24/22 | | ✓ |
| 145 | 12/15/2015 email from Khaled Farahat to saraboardwalk@gmail.com re: November 2015 Commissions [RD_BWLK_USAO_0012917/A-0541857] | 8/24/22 | | ✓ |
| 145A | Attachment – Boardwalk Medical – November 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0012918/A-0541858] | 8/24/22 | | ✓ |
| 145B | Redacted version of 145A converted to PDF | 8/24/22 | | ✓ |
| 147 | 12/18/2015 email from Sara Hickman to Michael Sher re: Fwd: Final New RX Pads [RD_BWLK_USAO_0011489-90/A-0540429-30] | 8/24/22 | | ✓ |
| 147A | Attachment – General1.11_20-0 [RD_BWLK_USAO_0011491-4/A-0540431-4] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-2 [RD_BWLK_USAO_0011495-8/A-0540435-8] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-4 [RD_BWLK_USAO_0011499-502/A-0540439-42] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-5 [RD_BWLK_USAO_0011503-6/A-0540443-6] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| | Attachment – General1.11_20-6 [RD_BWLK_USAO_0011507-10/A-0540447-50] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-7 [RD_BWLK_USAO_0011511-4/A-0540451-4] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-8 [RD_BWLK_USAO_0011515-8/A-0540455-8] | 8/24/22 | | ✓ |
| | Attachment – General1.11_20-10 [RD_BWLK_USAO_0011519-22/A-0540459-62] | 8/24/22 | | ✓ |
| 148 | 1/5/2016 email from Sara Hickman to Michael Sher re: Fwd: New Metabolic Pad [RD_BWLK_USAO_0011553/A-0540493] | 8/24/22 | | ✓ |
| 148A | Attachment – General1.10_20 [RD_BWLK_USAO_0011554-7/A-0540494-7] | 8/24/22 | | ✓ |
| 149 | 1/15/2016 email from Khaled Farahat to saraboardwalk@gmail.com re: Commission report – December 2015 [RD_BWLK_USAO_0014060/A-0543000] | 8/24/22 | | ✓ |
| 149A | Attachment – Boardwalk Medical – December 2015 Commissions Excel Spreadsheet [RD_BWLK_USAO_0014061/A-0543001] | 8/24/22 | | ✓ |
| 149B | Redacted version of 149A converted to PDF | 8/24/22 | | ✓ |
| 151 | 2/15/2016 email from Khaled Farahat to saraboardwalk@gmail.com re: January 2016 Commissions [RD_BWLK_USAO_0014625/A-0543565] | 8/24/22 | | ✓ |
| 151A | Attachment – Boardwalk Medical – January 2016 Commissions Excel Spreadsheet [RD_BWLK_USAO_0014626/A-0543566] | 8/24/22 | | ✓ |
| 151B | Redacted version of 151A converted to PDF | 8/24/22 | | ✓ |
| 153 | Boardwalk Medical February 2016 Commissions [CR0010223/A-0439863] | 8/24/22 | | ✓ |
| 153A | Redacted version of 153 converted to PDF | 8/24/22 | | ✓ |
| 155 | 4/15/2016 email from Khaled Farahat to saraboardwalk@gmail.com re: March 2016 Commissions [RD_BWLK_USAO_0014736/A-0543676] | 8/24/22 | | ✓ |
| 155A | Attachment – Boardwalk Medical – March 2016 Commissions Excel Spreadsheet [RD_BWLK_USAO_0014737/A-0543677] | 8/24/22 | | ✓ |
| 155B | Redacted version of 155A converted to PDF | 8/24/22 | | ✓ |
| 156 | 5/16/2016 email from Khaled Farahat to saraboardwalk@gmail.com re: April 2016 Commissions [RD_BWLK_USAO_0014740/A-0543680] | 8/24/22 | | |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 156A | Attachment – Boardwalk Medical – April 2016 Commissions Excel Spreadsheet [RD_BWLK_USAO_0014741/A-0543681] | 8/24/22 | | ✓ |
| 156B | Redacted version of 156A converted to PDF | 8/24/22 | | ✓ |
| 157 | 3/25/2015 Sales and Administrative Services Agreement between Central Rexall Drugs, Inc. and Boardwalk Medical LLC [CR0089554-63/A-0519194-203] | 8/24/22 | | ✓ |
| **FINANCIAL RECORDS** | | | | |
| Central Rexall Drugs, Inc. – First Guaranty Bank, Account #500062250 - Statements | | | | |
| 174A | 2/28/2015 Statement, page 3 [A-0047967] | 8/24/22 | | ✓ |
| 174B | 3/31/2015 Statement, page 3 [A-0047972] | 8/24/22 | | ✓ |
| 174C | 4/15/2015 Statement reflecting outgoing wire in the amount of $681,352.73 [A-0047975] | 8/24/22 | | ✓ |
| 174D | 5/15/2015 Statement reflecting incoming wire in the amount of $1,033,990.84 [A-0047978] | 8/24/22 | | ✓ |
| 174E | 6/15/2015 Statement reflecting incoming wire in the amount of $2,018,224.53 [A-0047982] | 8/24/22 | | ✓ |
| 174F | 7/15/2015 Statement reflecting incoming wire in the amount of $2,279,454.68 [A-0047986] | 8/24/22 | | ✓ |
| 174G | 8/14/2015 Statement reflecting outgoing wire in the amount of $2,347,847.58 [A-0047989] | 8/24/22 | | ✓ |
| 174H | 9/15/2015 Statement reflecting outgoing wire in the amount of $2,422,295.30 [A-0047993] | 8/24/22 | | ✓ |
| 174I | 10/15/2015 Statement reflecting outgoing wire in the amount of $2,447,076.19 [A-0047998] | 8/24/22 | | ✓ |
| 174J | 11/16/2015 Statement reflecting outgoing wire in the amount of $3,039,667.36 [A-0048003] | 8/24/22 | | ✓ |
| 174K | 12/15/2015 Statement reflecting outgoing wire in the amount of $4,141,341.36 [A-0048008] | 8/24/22 | | ✓ |
| 174L | 12/17/2015 Statement reflecting outgoing wire in the amount of $17,520.23 [A-0048008] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 174M | 1/15/2016 Statement reflecting outgoing wire in the amount of $2,822,481.64 [A-0048013] | 8/24/22 | | ✓ |
| 174N | 2/16/2015 Statement reflecting outgoing wire in the amount of $2,782,133.99 [A-0048019] | 8/24/22 | | ✓ |
| 174O | 4/15/2016 Statement reflecting outgoing wire in the amount of $5,650.87 [A-0048030] | 8/24/22 | | ✓ |
| Boardwalk Medical LLC - Fulton Bank of New Jersey, Account #1101215489 - Statements | | | | |
| 175A | 2/18/2015 Statement reflecting incoming wire in the amount of $21,336.73 [A-0000542] | 8/24/22 | | ✓ |
| 175B | 3/16/2015 Statement reflecting incoming wire in the amount of $178,287.91 [A-0000540] | 8/24/22 | | ✓ |
| 175C | 4/15/2015 Statement reflecting incoming wire in the amount of $681,352.73 [A-0000538] | 8/24/22 | | ✓ |
| 175D | 5/15/2015 Statement reflecting incoming wire in the amount of $1,033,990.84 [A-0000536] | 8/24/22 | | ✓ |
| 175E | 6/15/2015 Statement reflecting incoming wire in the amount of $2,018,224.53 [A-0000534] | 8/24/22 | | ✓ |
| 175F | 7/15/2015 Statement reflecting incoming wire in the amount of $2,279,454.68 [A-0000532] | 8/24/22 | | ✓ |
| 175G | 8/14/2015 Statement reflecting incoming wire in th amount of $2,347,847.58 [A-0000530] | 8/24/22 | | ✓ |
| 175H | 9/15/2015 Statement reflecting incoming wire in the amount of $2,422,295.30 [A-0000528] | 8/24/22 | | ✓ |
| 175I | 10/15/2015 Statement reflecting incoming wire in the amount of $2,447,076.19 [A-0000526] | 8/24/22 | | ✓ |
| 175J | 11/16/2015 Statement reflecting incoming wire in the amount of $3,039,667.36 [A-0000524] | 8/24/22 | | ✓ |
| 175K | 12/15/2015 Statement reflecting incoming wire in the amount of $4,141,341.36 [A-0000522] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 175L | 12/17/2015 Statement reflecting incoming wire in the amount of $17,520.23 [A-0000522] | 8/24/22 | | ✓ |
| 175M | 1/15/2016 Statement reflecting incoming wire in the amount of $2,822,481.64 [A-0000520] | 8/24/22 | | ✓ |
| 175N | 2/16/2016 Statement reflecting incoming wire in the amount of $2,782,133.99 [A-0000518] | 8/24/22 | | ✓ |
| 175O | 4/15/2016 Statement reflecting incoming wire in the amount of $5,650.87 [A-0000515] | 8/24/22 | | ✓ |
| Boardwalk Medical LLC - Fulton Bank of New Jersey, Account #1101215489 – Payments to MBC Distributions LLC | | | | |
| 176A | 3/25/2015 Boardwalk Medical LLC check #145 in the amount of $13,396.71 made payable to MBC Distributions LLC [A-0000400] | 8/24/22 | | ✓ |
| 176B | 4/18/2015 Boardwalk Medical LLC check #212 in the amount of $48,541.65 made payable to MBC Distributions LLC [A-0000398] | 8/24/22 | | ✓ |
| 176C | 5/21/2015 Boardwalk Medical LLC check #167 in the amount of $87,048.85 made payable to MBC Distributions LLC [A-0000394] | 8/24/22 | | ✓ |
| 176D | 6/16/2015 Boardwalk Medical LLC check #178 in the amount of $162,132.05 made payable to MBC Distributions LLC [A-0000392] | 8/24/22 | | ✓ |
| 176E | 8/21/2015 Boardwalk Medical LLC check #245 in the amount of $204,782.17 made payable to MBC Distributions LLC [A-0000387] | 8/24/22 | | ✓ |
| 176F | 9/21/2015 Boardwalk Medical LLC check #255 in the amount of $187,337.60 made payable to MBC Distributions LLC [A-0000384] | 8/24/22 | | ✓ |
| 176G | 7/22/2015 Boardwalk Medical LLC (Acct #8552231) check #1003 in the amount of $114,176.66 made payable to MBC Distributions LLC [A-0000622] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 176H | 10/23/2015 Boardwalk Medical LLC check #269 in the amount of $203,714.75 made payable to MBC Distributions LLC [A-0000382] | 8/24/22 | | ✓ |
| 176I | 11/24/2015 Boardwalk Medical LLC check #289 in the amount of $164,958.40 made payable to MBC Distributions LLC [A-0000380] | 8/24/22 | | ✓ |
| 176J | 12/21/2015 Boardwalk Medical LLC check #1006 in the amount of $246,561.02 made payable to MBC Distributions LLC [A-0000377] | 8/24/22 | | ✓ |
| 176K | 1/27/2015 Boardwalk Medical LLC check #1021 in the amount of $110,911.43 made payable to MBC Distributions LLC [A-0000375] | 8/24/22 | | ✓ |
| 176L | 2/22/2016 Boardwalk Medical LLC check #1031 in the amount of $184,811.01 made payable to MBC Distributions LLC [A-0000373] | 8/24/22 | | ✓ |
| MBC Distributors LLC – Fulton Bank of New Jersey, Account #8308017 – Payments to John Sher | | | | |
| 177A | 4/21/2015 MBC Distributors check #128 in the amount of $11,907.27 made payable to John Sher [A-0011958] | 8/24/22 | | ✓ |
| 177B | 5/22/2015 MBC Distributors check #140 in the amount of $24,086.25 made payable to JAS Distributor [A-0011957] | 8/24/22 | | ✓ |
| 177C | 6/19/2015 MBC Distributors check #113 in the amount of $35,487.05 made payable to John Sher [A-0011955] | 8/24/22 | | ✓ |
| 177D | 7/27/2015 MBC Distributors check #211 in the amount of $35,105.48 made payable to John Sher [A-0011950] | 8/24/22 | | ✓ |
| 177E | 8/24/2015 MBC Distributors check #278 in the amount of $30,966.38 made payable to John Sher [A-0011947] | 8/24/22 | | ✓ |
| 177F | 9/24/2015 MBC Distributors check #260 in the amount of $34,444.75 made payable to John Sher [A-0011944] | 8/24/22 | | ✓ |
| 177G | 10/2/2015 MBC Distributors check #250 in the amount of $2,995.19 made payable to John Sher [A-0011942] | 8/24/22 | | ✓ |
| 177H | 10/28/2014 MBC Distributors check #223 in the amount of $31,583.99 made payable to John Sher [A-0011940] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 177I | 12/3/2015 MBC Distributors check #305 in the amount of $24,502.44 made payable to John Sher [A-0011939] | 8/24/22 | | ✓ |
| 177J | 1/4/2016 MBC Distributors check #329 in the amount of $34,691.78 made payable to John Sher [A-0011937] | 8/24/22 | | ✓ |
| 177K | 2/1/2016 MBC Distributors check #335 in the amount of $23,285.65 made payable to John Sher [A-0011936] | 8/24/22 | | ✓ |
| 177L | 3/14/2016 MBC Distributors check #346 in the amount of $38,840.50 made payable to John Sher [A-0011934] | 8/24/22 | | ✓ |
| MBC Distributors LLC – Fulton Bank of New Jersey, Account #8308017 – Payments to Thomas Sher | | | | |
| 178A | 5/24/2015 MBC Distributors LLC check #141 in the amount of $1,950.00 made payable to Thomas Sher [A-0011956] | 8/24/22 | | ✓ |
| 178B | 6/18/2015 MBC Distributors LLC check #110 in the amount of $10,343.45 made payable to Thomas Sher [A-0011954] | 8/24/22 | | ✓ |
| 178C | 7/27/2015 MBC Distributors LLC check #212 in the amount of $6,579.33 made payable to Thomas Sher [A-0011951] | 8/24/22 | | ✓ |
| 178D | 8/24/2015 MBC Distributors LLC check #277 in the amount of $21,634.43 made payable to Thomas Sher [A-0011948] | 8/24/22 | | ✓ |
| 178E | 10/2/2015 MBC Distributors LLC check #264 in the amount of $16,629.09 made payable to Thomas Sher [A-0011944] | 8/24/22 | | ✓ |
| 178F | 10/28/2015 MBC Distributors LLC check #298 in the amount of $12,357.15 made payable to Thomas Sher [A-0011941] | 8/24/22 | | ✓ |
| 178G | 12/3/2015 MBC Distributors LLC check #307 in the amount of $10,429.41 made payable to Thomas Sher [A-0011938] | 8/24/22 | | ✓ |
| 178H | 1/4/2016 MBC Distributors LLC check #326 in the amount of $13,430.68 made payable to Thomas Sher [A-0011937] | 8/24/22 | | ✓ |
| 178I | 2/1/2016 MBC Distributors LLC check #336 in the amount of $10,051.03 made payable to Thomas Sher [A-0011936] | 8/24/22 | | ✓ |
| 178J | 3/14/2016 MBC Distributors LLC check #347 in the amount of $10,748.03 made payable to Thomas Sher [A-0011934] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| MBC Distributors LLC - Fulton Bank of New Jersey, Account #8308017 – Payments to Edward Sutor | | | | |
| 178K | 6/19/2015 MBC Distributors LLC check #111 in the amount of $8,908.79 made payable to Edward Sutor [A-0011955] | 8/24/22 | | ✓ |
| 178L | 7/27/2015 MBC Distributors LLC check #208 in the amount of $9,633.70 made payable to Edward Sutor [A-0011951] | 8/24/22 | | ✓ |
| 178M | 8/24/2015 MBC Distributors LLC check #281 in the amount of $7,615.00 made payable to Edward Sutor [A-0011947] | 8/24/22 | | ✓ |
| 178N | 10/2/2015 MBC Distributors LLC check #268 in the amount of $9,837.57 made payable to Edward Sutor [A-0011944] | 8/24/22 | | ✓ |
| 178O | 10/28/2015 MBC Distributors LLC check #268 in the amount of $9,837.57 made payable to Edward Sutor [A-0011941] | 8/24/22 | | ✓ |
| 178P | 12/1/2015 MBC Distributors LLC check #300 in the amount of $9,730.81 made payable to Edward Sutor [A-0011938] | 8/24/22 | | ✓ |
| 178Q | 1/4/2016 MBC Distributors LLC check #325 in the amount of $15,915.57 made payable to Edward Sutor [A-0011937] | 8/24/22 | | ✓ |
| 178R | 2/1/2016 MBC Distributors LLC check #334 in the amount of $4,995.00 made payable to Edward Sutor [A-0011936] | 8/24/22 | | ✓ |
| 178S | 3/5/2016 MBC Distributors LLC check #342 in the amount of $5,411.10 made payable to Edward Sutor [A-0011935] | 8/24/22 | | ✓ |
| 178T | 3/5/2016 MBC Distributors LLC check #331 in the amount of $797.43 made payable to Edward Sutor [A-0011934] | 8/24/22 | | ✓ |
| MBC Distributors LLC - Fulton Bank of New Jersey, Account #8308017 – Payments to Michael Pepper | | | | |
| 178U | 7/8/2015 MBC Distributors LLC check #225 in the amount of $4,023.90 made payable to Michael Pepper [A-0011952] | 8/24/22 | | ✓ |
| 178V | 8/24/2015 MBC Distributors LLC check #276 in the amount of $13,476.81 made payable to Michael Pepper [A-0011948] | 8/24/22 | | ✓ |
| 178W | 10/2/2015 MBC Distributors LLC check #266 in the amount of $14,522.15 made payable to Michael Pepper [A-0011943] | 8/24/22 | | ✓ |
| 178X | 11/1/2015 MBC Distributors LLC check #271 in the amount of $13,058.77 made payable to Michael Pepper [A-0011940] | 8/24/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 178Y | 12/2/2015 MBC Distributors LLC check #302 in the amount of $21,095.26 made payable to Michael Pepper [A-0011939] | 8/24/22 | | ✓ |
| 178Z | 1/3/2016 MBC Distributors LLC check #328 in the amount of $18,572.70 made payable to Michael Pepper [A-0011938] | 8/24/22 | | ✓ |
| 178AA | 2/3/2016 MBC Distributors LLC check #337 in the amount of $138,388.20 made payable to Michael Pepper [A-0011935] | 8/24/22 | | ✓ |
| 178BB | 3/14/2016 MBC Distributors LLC check #349 in the amount of $14,229.73 made payable to Michael Pepper [A-0011934] | 8/24/22 | | ✓ |
| Thomas Sher – Ocean City Home Bank, Account #981363609 – Withdrawals |
| 179A | 7/31/2015 Statement reflecting withdrawal of $1,100.00 [A-0043666] | 8/24/22 | | ✓ |
| 179B | 8/31/2015 Statement, page 1 reflecting withdrawal of $700.00 [A-0043670] | 8/24/22 | | ✓ |
| 179C | 9/30/2015 Statement, page 1 reflecting withdrawal of $1,650.00 [A-0043676] | 8/24/22 | | ✓ |
| 179D | 10/31/2015 Statement, page 1 reflecting withdrawal of $600.00 [A-0043683] | 8/24/22 | | ✓ |
| 179E | 2/29/2016 Statement, pages 1-2 reflecting withdrawal of $6,000.00 on 2/1/2016 and $700.00 on 2/23/2016 [A-0043653-4] | 8/24/22 | | ✓ |
| 179F | 3/31/2016 Statement, page 1 reflecting withdrawal of $1,500.00 [A-0043656] | 8/24/22 | | ✓ |
| **MISCELLANEOUS** | | | | |
| 900 | Photo – William Hickman | 8/25/22 | | ✓ |
| 902 | Photo – John Gaffney | 8/24/22 | | ✓ |
| 903 | Photo – Michael Sher | 8/24/22 | | ✓ |
| 904 | Photo – Matthew Tedesco | 8/25/22 | | ✓ |
| 910 | Michael Sher Cooperation Agreement | 8/30/22 | | ✓ |
| 911A | Michael Sher Plea Agreement dated 1/3/2018 | 8/30/22 | | ✓ |
| 911B | Michael Sher Plea Agreement dated 3/4/2019 | 8/30/22 | | ✓ |
| 912 | Matthew Tedesco Cooperation Agreement | 8/24/22 | | ✓ |
| 913 | Matthew Tedesco Plea Agreement | 8/24/22 | | ✓ |
| 916 | William Hickman Cooperation Agreement | 8/24/22 | | ✓ |
| 917 | William Hickman Plea Agreement | 8/24/22 | | ✓ |
| 924 | John Gaffney Cooperation Agreement | 8/25/22 | | ✓ |
| 925 | John Gaffney Plea Agreement | 8/25/22 | | ✓ |

| EXHIBIT NUMBER | DESCRIPTION | DATE | ID | EVID. |
|---|---|---|---|---|
| 926 | Michael Pepper Cooperation Agreement | 8/30/22 | | ✓ |
| 927 | Michael Pepper Plea Agreement | 8/30/22 | | ✓ |
| 930 | 2014 NJ Direct Member Handbook for State Health Benefits Program or School Employees' Health Benefits Program [A-0222890-3001] | 8/24/22 | | ✓ |
| 931 | 2015 NJ State Health Benefits Program, Prescription Drug Plans [A-0223551-98] | 8/24/22 | | ✓ |
| 932 | 2015 NJ Direct Member Handbook for State Health Benefits Program or School Employees' Health Benefits Program [A-0223599-710] | 8/24/22 | | ✓ |
| 933 | 2016 NJ Direct Member Handbook for State Health Benefits Program or School Employees' Health Benefits Program [A-0224123-230] | 8/24/22 | | ✓ |
| 934 | 2016 Aetna Member Handbook for State Health Benefits Program or School Employees' Health Benefits Program [A-0223711-832] | 8/24/22 | | ✓ |
| 940 | 3/15/2016 Text message exchange between Thomas Sher and Nicholas Grasso | 8/29/22 | | ✓ |
| 941 | Medical file of Maureen Jackson from Ocean City Family Practice | 8/24/22 | | ✓ |
| 942 | Medical file of John Sher from Shore Physicians Group [A-0048519-60] | 8/24/22 | | ✓ |
| **Physical Exhibits** | | | | |
| 950 | Metabolic Supplement Prescription Medication and Bottle dated 10/7/2015 authorized by Dr. John Gaffney, filled by Central Rexall Drugs, Inc. | 8/24/22 | | ✓ |
| 951 | Metabolic Supplement Prescription Medication and Bottle dated 12/4/2015 and Metabolic Supplement Prescription dated 1/25/2016 both authorized by Dr. John Gaffney, filled by Central Rexall Drugs, Inc. | 8/24/22 | | ✓ |
| 952 | Scar Cream Prescription Medication and Bottle dated 11/2/2015 authorized by Dr. John Gaffney, filled by Central Rexall Drugs, Inc. | 8/24/22 | | ✓ |