UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

CASE NO: CR. 19-191-6 (RBK)     DATE: 9/7/22

NAME OF CASE: USA v. THOMAS SHER

On count 21, we are asked to consider whether the defendant's participation in the scheme caused "a prescription for libido cream for Thomas Sher to be completed and faxed to Central Rexall Drugs in October 2015," (Exhibit 48D). In reaching our verdict on this count, is it acceptable to consider Tom Sher's general participation in the scheme prior to and up to October 2015 as a basis for the Defendants presuming that one's co-conspirators might possibly write a prescription form on someone else's behalf?

Or, is it appropriate only to consider that, in October 2015, the defendant may not have known about or done anything to directly cause the prescription to be completed and faxed?

_____
SPOKESPERSON



Court Exhibit No.: _____