UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Robert B. Kugler |
| v. | : | Criminal No. 19-191 (RBK) |
| | : | |
| THOMAS SHER | : | VERDICT SHEET |
| Defendant | | |

## COUNT ONE

With respect to Count One, which charges Defendant Thomas Sher with conspiring and agreeing with one or more other persons to commit health care fraud and wire fraud from in or about July 2014 through in or about April 2016, in violation of Title 18, United States Code, Section 1349, we, the unanimous jury, find:

Defendant Thomas Sher:

NOT GUILTY \_\_\_\_\_   GUILTY __✓__

If your verdict is not guilty, *proceed to the next count.*

If your verdict is guilty, please answer the following.

We, the unanimous jury find that the Defendant Thomas Sher conspired to commit the following:

Wire fraud:

NOT PROVEN __✓__   PROVEN \_\_\_\_\_

Health care fraud:

NOT PROVEN \_\_\_\_\_   PROVEN __✓__

*Proceed to the next count*

## COUNT EIGHTEEN

With respect to Count Eighteen, which charges Defendant Thomas Sher with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, by causing prescriptions for Nicholas Grasso and Samantha Grasso to be completed and faxed to Central Rexall Drugs in May 2015, the unanimous jury, find:

    Defendant Thomas Sher:

        NOT GUILTY __✓__  GUILTY _____

*Proceed to the next count*

## COUNT NINETEEN

With respect to Count Nineteen, which charges Defendant Thomas Sher with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, by causing prescriptions for Christopher Bradley and Jill Bradley to be completed and faxed to Central Rexall Drugs in December 2015, the unanimous jury, find:

Defendant Thomas Sher:

NOT GUILTY \_\_\_\_\_    GUILTY __✓__

*Proceed to the next count*

## COUNT TWENTY

With respect to Count Twenty, which charges Defendant Thomas Sher with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, by causing prescriptions for Caroline Bradley to be completed and faxed to Central Rexall Drugs in December 2015, the unanimous jury, find:

Defendant Thomas Sher:

NOT GUILTY _____   GUILTY __✓__

*Proceed to the next count*

## COUNT TWENTY-ONE

With respect to Count Twenty-One, which charges Defendant Thomas Sher with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, by causing a prescription for libido cream for Thomas Sher to be completed and faxed to Central Rexall Drugs in October 2015, the unanimous jury, find:

    Defendant Thomas Sher:

        NOT GUILTY \_\_\_\_\_    GUILTY  ✓

DATE:

                                                          SPOKESPERSON